In the Matter of JESSE FRIEDMAN, Appellant, v KATHLEEN M. RICE, as Nassau County District Attorney, Respondent.

Submitted June 27, 2016; decided August 25, 2016

Motion by The Reporters Committee for Freedom of the Press et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

GARTHON BUSINESS INC. et al., Respondents, v KIRILL ACE STEIN et al., Appellants.

Decided August 25, 2016

Appeal, insofar as taken from the part of the Appellate Division order reversing so much of Supreme Court's orders that granted defendants' motions to stay discovery and dismissed the action, and reinstating the complaint, and insofar as taken from the part of the Appellate Division order modifying Supreme Court's order that denied plaintiffs' motion for limited discovery, by permitting certain discovery, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portions of the order appealed from do not finally determine an action or proceeding within the meaning of the Constitution.